1  ADAM J. FISS, Bar No. 211799
   afiss@littler.com
2  JOSE MACIAS, JR., Bar No. 265033
   jmacias@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 7th Floor
4  San Jose, California 95113.2303
   Telephone:    408.998.4150
5  Facsimile:    408.668.0992

6  Attorneys for Defendant
   NORTHROP GRUMMAN CORPORATION
7

8  RICHARD D. SCHRAMM, Bar No. 151696
   GRAINNE M. CALLAN, Bar No. 318962
9  EMPLOYMENT RIGHTS ATTORNEYS
   1500 East Hamilton Ave., Ste. 118
10 Campbell, CA 95008
   Tel: (408) 796-7551
11 Fax: (408) 796-7368

12 Attorneys for Plaintiff
   VALERIE MARCHAND
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 VALERIE MARCHAND,                   Case No. 5:16-cv-06825-BLF

17              Plaintiff,             **JOINT STIPULATION AND [~~PROPOSED~~]
                                       ORDER TO CONTINUE SEPTEMBER 25,
18       v.                            2018, ADR DEADLINE**

19 NORTHROP GRUMMAN                    Hon. Beth Labson Freeman
   CORPORATION,
20
                Defendant.
21

22       Plaintiff VALERIE MARCHAND ("Plaintiff") and Defendant NORTHROP GRUMMAN

23 CORPORATION ("Defendant"), collectively referred to herein as "the Parties," by and through their

24 undersigned counsel, hereby stipulate as follows:

25       **WHEREAS**, on April 30, 2018, the Parties submitted a Joint Stipulation and Proposed Order

26 Selecting ADR Process and pursuant to the Stipulation, agreed to participate in mediation on or

27 before July 10, 2018. The Court signed the Stipulation and Proposed Order without modifications;

28

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 5:16-CV-06825-BLF                    1.         JOINT STIPULATION AND [~~PROPOSED~~]
                                                         ORDER TO CONTINUE ADR DEADLINE

**WHEREAS**, on May 14, 2018, the Court appointed Philip L. Gregory, Esq. to serve as the mediator for the Parties;

**WHEREAS**, the Parties were unable to obtain and schedule a mutually available mediation date prior to the initial July 10, 2018, cutoff to complete mediation;

**WHEREAS**, the Parties reserved and scheduled a mediation date on September 24, 2018, with Philip L. Gregory and requested that this Court continue the deadline to complete mediation to September 25, 2018. The request was granted by this Court on July 9, 2018;

**WHEREAS**, on September 18, 2018, mediator Philip L. Gregory informed the Parties that due to a witness rescheduling a pending deposition, Mr. Gregory would have to travel out of the state and would not be able to mediate the case on Monday, September 24, 2018;

**WHEREAS**, the first date on which all Parties and mediator Mr. Gregory are available to conduct the mediation is Wednesday, November 14, 2018;

**NOW THEREFORE**, it is hereby stipulated and agreed as follows:

1. The Parties will participate in mediation on November 14, 2018.

2. The ADR cutoff date should be continued to November 15, 2018.

Dated: September 25, 2018

/s/ *Adam J. Fiss*
ADAM J. FISS
JOSE MACIAS, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NORTHROP GRUMMAN CORPORATION

Dated: September 25, 2018

/s/ *Grainne M. Callan*
GRAINNE CALLAN
RICHARD SCHRAMM
EMPLOYMENT RIGHTS ATTORNEYS
Attorneys for Plaintiff
VALERIE MARCHAND

FIRMWIDE:157520749.1 080019.1009

## <u>ORDER</u>

Upon the Parties' stipulation, and for good cause, it is HEREBY ORDERED that the September 25, 2018, deadline to complete ADR is continued to November 15, 2018.

**IT IS SO ORDERED.**

**Dated:** _September 26,_ 2018

_Beth Labson Freeman_

**Hon. Beth Labson Freeman**
**United Stated District Court Judge**

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 5:16-CV-06825-BLF

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADR DEADLINE